■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN J. RODRIGUEZ, Appellant.—Appeal by defendant from a judgment of the Su-

preme Court, Kings County, rendered December 16, 1974, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. The sentencing court fully and completely advised the defendant, who at all times was represented by counsel, of his rights under CPL 400.21 and section 70.06 of the Penal Law. Martuscello, Acting P. J., Rabin, Shapiro, Titone and Hawkins, JJ. concur.